

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 18  AM 11:27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-170 |
| v. | * | SECTION: "N" |
| KEITH TOBIAS | * | |

\* \* \*

## MOTION AND INCORPORATED MEMORANDUM TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respect-fully requests that this Court enter an order allowing Duane A. Evans be substituted for Tania Tetlow, who is no longer an Assistant United States Attorney, as counsel of record for the United States.

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No ___

**WHEREFORE** undersigned counsel respectfully requests that he be substituted for Tania Tetlow as counsel of record for the United States of America.

         Respectfully submitted,

         JIM LETTEN
         UNITED STATES ATTORNEY

         _____
         DUANE A. EVANS
         La. Bar Roll No. 24086
         Assistant United States Attorney
         500 Poydras Street, Room 210-B
         New Orleans, Louisiana 70130
         Telephone: (504) 680-3069

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all parties by hand delivery or by mailing same to each, properly addressed and postage prepaid this 18th day of July, 2005.

_____
Duane A. Evans
Assistant United States Attorney

2